ORIGINAL

FILED IN OPEN COURT
U.S.D.C. - Atlanta

APR 12 2023

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAQUAN FRAZIER | Criminal Information<br><br>No. 1:23-CR-086 |

THE UNITED STATES ATTORNEY CHARGES THAT:

### Count One
### (Misprision of Felony)

Beginning on a date unknown, but from in or about January 2022, and continuing through in or about June 2022, in the Northern District of Georgia and elsewhere, the defendant, JAQUAN FRAZIER, having knowledge of the actual commission of a felony cognizable by a court of the United States, that is, the felony offense of access device fraud, did conceal the same by providing individuals' personally identifiable information to Demetrius Hines without notifying the individuals, and did not as soon as possible make known the

offense to a judge or other person in civil and military authority under the United States, in violation of Title 18, United States Code, Section 4.

RYAN K. BUCHANAN
*United States Attorney*

*/s/ S.H.M.*

STEPHEN H. MCCLAIN
*Assistant United States Attorney*
Georgia Bar No. 143186

NORMAN L. BARNETT
*Assistant United States Attorney*
Georgia Bar No. 153292

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181